THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy, Suite 300
San Rafael, CA 94109
Telephone:    415/444-5800
Facsimile:    415/444-5805

Attorneys for Plaintiff
CRAIG YATES, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES , an individual, | **CASE NO. CV-12-0398-** CW |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISSAL OF ACTION** |
| HAMBURGER HAVEN; MARIAN B. MOHR, Trustee OF THE SELBY MOHR and MARIAN B. MOHR DECLARATION OF TRUST dated May 15, 1988; and MOHAMMAD TAGHE FALAHATI, an individual dba HAMBURGER HAVEN, | |
| Defendant. | |

The parties, by and through their respective counsel, hereby stipulate, agree and request the Court enter as follows:

A)      The claims of Plaintiff Craig Yates' asserted in this Action shall be dismissed, with prejudice, in their entirety pursuant to Fed.R.Civ.P.41(a)(2); and

B)      The claims of Marian B. Mohr, Trustee of the Selby Mohr and Marian B. Mohr Declaration of Trust dated May 15, 1988, in this Action shall be dismissed without prejudice pursuant to Fed.R.Civ.P.41(a)(2).

Outside of the terms of that certain Settlement Agreement and General Release ("Agreement")

**STIPULATION TO DISMISSAL OF ACTION -- CASE NO. CV-12-0398-** CW

executed by the parties, each party is to bear its own costs and attorneys' fees.  The parties

further consent to and request that the Court retain jurisdiction over enforcement of the

Agreement.  *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the

district courts to retain jurisdiction over enforcement of settlement agreements).

Dated: January 30, 2013
            THOMAS E. FRANKOVICH
            *A PROFESSIONAL LAW CORPORATION*
            By*:   /s/ Thomas E. Frankovich*
                 Thomas E. Frankovich
            Attorney for CRAIG YATES, an individual

Dated: January 28, 2013
            JEFFER MANGELS BUTLER & MITCHELL LLP
            By:   */s/ Martin H. Orlick*
                 Martin H. Orlick
                 Matthew Kenefick
            Attorneys  for Defendant MOHAMMAD TAGHE
            FALAHATI, an individual dba HAMBURGER
            HAVEN

Dated: January 28, 2013
            MCKENNA LONG & ALDRIDGE LLP
            By:   /s/   *Denis F. Shanagher*
                 Denis F. Shanagher
             Attorney for Defendants MARIAN B. MOHR,
            Trustee OF THE SELBY MOHR and MARIAN B.
            MOHR DECLARATION OF TRUST dated May
            15, 1988

I attest that I have obtained concurrence in the filing of this document from Martin H.

Orlick and Denis F. Shanagher.

            */s/ Thomas E. Frankovich*

IT IS SO ORDERED

Judge Claudia Wilken

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION TO DISMISSAL OF ACTION -- CASE NO. CV-12-0398-CW**